

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2020

No. 04-19-00795-CV

David **RODRIGUEZ**,
Appellant

v.

**H-E-B**, Jointly and Severally, William Tate, Jointly and Severally and as employee of H-E-B
L.P., Stephen Martinez Jointly and Severally and as employee of H-E-B L.P., Meredith Reid as
employee of H-E-B L.P., Jointly and Severally, Debra Ann Godoy as employee of H-E-B L.P., et
al.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI16263
Honorable Cynthia Marie Chapa, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the trial court's December 17, 2019
Order on Motion to Require the Appellant to Prove the Inability to Pay Costs is AFFIRMED. We
ORDER appellant David Rodriguez to pay the $205 filing fee for this appeal by or before February
6, 2020. We caution Rodriguez that the failure to pay the filing fee will result in the dismissal of
his appeal. TEX. R. APP. P. 5, 42.3.

It is so **ORDERED** on January 22, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 22nd day of January, 2020.

_____
Michael A. Cruz, Clerk of Court